U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 8 2006

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | DOCKET NO. 01-50074-01 |
| | ) | |
| DAVID CHAMBERS | ) | |

## AMENDED JUDGMENT

Pursuant to the Rules of Criminal Procedure, under Rule 35 and the Government's motion for a reduction of sentence, the committed sentence imposed on March 6, 2002, is set aside.

Pursuant to the Sentencing Reform Act of 1984, the defendant, is ordered to the custody of the Bureau of Prisons for a term of 188 months.

The reduced sentence is because of the defendant's substantial assistance to the Government in a related criminal matter.

Upon his release he shall serve a term of 10 years Supervised Release with the following special condition:

1. The defendant shall participate in a substance abuse treatment program, as directed by the Probation Office, to include antabuse and drug surveillance, if indicated and/or inpatient treatment.

Sept 15, 2006

Donald Walter

3